## JUDITH B. LEE *v.* WILLIAM T. H. LEE
### (13193)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Submitted on briefs December 9, 1994—decision released January 3, 1995

*Arnold M. Potash* and *Jeffrey D. Ginzberg* filed a brief for the appellant (plaintiff).

*Paul E. Potanka* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.